UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GABRIEL ZUÑIGA,
    a/k/a "Ito,"
    a/k/a "Hito,"
    a/k/a "Captain Ito,"
    a/k/a "Capi," and
RAFAEL DARIO GONZALEZ-AMPARO,
    a/k/a "Rafa,"
    a/k/a "Sisi,

        Defendants.

**[SEALED]**
Case No. 21-CR-198

---

## ORDER UNSEALING SUPERSEDING INDICTMENT FOR THE LIMITED PURPOSE OF OBTAINING THE DEFENDANTS' PRESENCE IN THE UNITED STATES

---

Upon consideration of the government's motion to unseal the superseding indictment in this matter for the limited purpose of obtaining defendants GABRIEL ZUÑIGA and RAFAEL DARIO GONZALEZ-AMPARO's presence in the United States,

**IT IS ORDERED** that the superseding indictment is unsealed for the purpose of obtaining provisional arrest warrants with a view towards extradition; the superseding indictment shall otherwise remain sealed as to these defendants until further order of the Court;

**IT IS FURTHER ORDERED** that the government is allowed to disclose the superseding indictment to foreign law enforcement agents and entities for the purpose of obtaining defendants GABRIEL ZUÑIGA and RAFAEL DARIO GONZALEZ-AMPARO's presence in the United States; and

1

**IT IS FURTHER ORDERED** that the government's motion to unseal the superseding indictment for the limited purpose of obtaining the defendants' presence in the United States and this Order are sealed until the defendants' arrest or further order of the Court.

Dated at Milwaukee, Wisconsin this 10th day of November, 2022.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge